UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHERI L. PAGAN, | ) | CASE NO. 4:11-cv-00355 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| -vs- | ) | MAGISTRATE JUDGE BAUGHMAN |
| | ) | |
| SELECT EMPLOYMENT SERVICES, INC. | ) | |
| D/B/A SELECT SPECIALTY HOSPITAL, | ) | <u>DEFENDANT'S CORPORATE</u> |
| | ) | <u>DISCLOSURE STATEMENT</u> |
| Defendant. | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant Select Specialty Hospital – Youngstown, Inc.,
incorrectly identified as Select Employment Services, Inc. d/b/a Select Specialty Hospital**

1. Is said party a parent, subsidiary or other affiliate of a publicly held corporation?
    __X__ Yes      ____ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    **Defendant is a subsidiary of Select Medical Holdings Corporation, a corporation publicly traded on the NYSE.**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
    __X__ Yes      ____ No

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

    **See the response to Question No. 1 above.**

        Respectfully submitted,

        *s/ John N. Childs*
        John N. Childs (#0023489)
        Adam D. Fuller (#0076431)
        **BRENNAN, MANNA & DIAMOND, LLC**
        75 East Market Street
        Akron, Ohio   44308
        (330) 253-5060
        (330) 253-1977 (fax)
        jnchilds@bmdllc.com
        adfuller@bmdllc.com

        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2011, a copy of the foregoing *Corporate Disclosure Statement* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        *s/ John N. Childs*
        John N. Childs (#0023489)
        Adam D. Fuller (#0076431)